

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00605-CV

**KING RANCH, INC.,**
Appellant

v.

Juan Antonio **GARCIA**, Gonzalo Chapa, Jr., and Carmen S. Chapa,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-11-51704-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The exhibit volumes of the reporter's record in this appeal refer to several large maps and plats which are located in the office of the Jim Wells County District Clerk. Pursuant to TEX. R. APP. P. 34.6(g)(2), the district clerk is ORDERED to forward to this court the following original exhibits within ten days from the date of this order:

PX-38A – referenced at 9 RR 71
PX-38B – referenced at 9 RR 72
PX-38C – referenced at 9 RR 73
DX-2A – referenced at 9 RR 100
DX-05 – referenced at 10 RR 21
DX-06 – referenced at 10 RR 22
DX-07 – referenced at 10 RR 23

It is so ORDERED on this 24th day of April, 2014.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court

